# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, James P. | Western District of Virginia | 9/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

180 West Main Street
Rm. 104
Abingdon, VA 24210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.        Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2.  FBR Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 3.  Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 4.  Chevron Corp common stock | C | Dividend | M | T | | | | | |
| 5.  Duke Energy common stock | E | Dividend | N | T | | | | | |
| 6.  Spectra Energy common stock | D | Dividend | M | T | | | | | |
| 7.  Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 8.  IBM common stock | B | Dividend | M | T | | | | | |
| 9.  AT&T Inc. common stock | B | Dividend | K | T | | | | | |
| 10.  T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 11.  T. Rowe Price Summit Muncipal Intermediate Fund | A | Dividend | J | T | | | | | |
| 12.  T. Rowe Price Growth Stock Fund | A | Dividend | N | T | | | | | |
| 13.  T. Rowe Price New Horizons Fund | C | Dividend | M | T | | | | | |
| 14.  T. Rowe Price New Asia Fund | B | Dividend | M | T | | | | | |
| 15.  T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 16.  T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 17.  T. Rowe Price New Income Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Prime Reserve Fund | A | Dividend | N | T | | | | | |
| 19. T. Rowe Price Science & Tech. Fund | | None | M | T | | | | | |
| 20. T. Rowe Price Blue Chip Growth Fund | A | Dividend | N | T | | | | | |
| 21. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 09/15/11 | L | A | |
| 22. T. Rowe Price Value Fund | B | Dividend | L | T | | | | | |
| 23. T. Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 24. T. Rowe Price High Yield Fund | A | Dividend | K | T | Buy (add'l) | 04/15/11 | K | | |
| 25. T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | Buy (add'l) | 04/15/11 | K | | |
| 26. Wells Fargo bank account | A | Interest | J | T | | | | | |
| 27. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | M | T | Buy (add'l) | 12/15/11 | J | | |
| 28. Abbott Laboratories common stock | A | Dividend | K | T | Buy (add'l) | 05/09/11 | J | | |
| 29. Ameriprise Financial Inc common stock | A | Dividend | J | T | Sold (part) | 06/05/11 | J | A | |
| 30. Amgen Inc. common stock | | None | | | Sold | 01/18/11 | J | A | |
| 31. AT&T Inc common stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 32. Annaly Capitol MGMT REIT | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 33. BCE Inc. common stock | A | Dividend | | | Sold | 03/29/11 | J | A | |
| 34. Baxter International common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bed Bath & Beyond, Inc. common stock | | None | J | T | Buy | 09/08/11 | J | | |
| 36. Berkley WR Corp common stock | A | Dividend | J | T | Buy | 06/15/11 | J | | |
| 37. BP PLC ADR | A | Dividend | K | T | Buy | 10/06/11 | J | | |
| 38. CBRE Group, Inc. common stock | | None | J | T | | | | | |
| 39. Centerpoint Energy Inc common stock | | None | J | T | | | | | |
| 40. Chevron Corp common stock | A | Dividend | K | T | | | | | |
| 41. Chubb Corp common stock | A | Dividend | J | T | | | | | |
| 42. Cisco Systems Inc common stock | | None | K | T | Buy (add'l) | 05/11/11 | J | | |
| 43. Citigroup Inc common stock | | None | | | Buy | 03/24/11 | J | | |
| 44. | | | | | Sold | 12/22/11 | J | A | |
| 45. Comerica Inc common stock | A | Dividend | K | T | Buy (add'l) | 09/29/11 | J | | |
| 46. Corning Inc common stock | A | Dividend | J | T | Buy | 04/08/11 | J | | |
| 47. Cummins Inc common stock | A | Dividend | | | Sold | 04/02/11 | J | A | |
| 48. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 49. Deere & Co common stock | A | Dividend | K | T | | | | | |
| 50. Disney Walt Co common stock | A | Dividend | J | T | | | | | |
| 51. Dominion Resources Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dreamworks Animation Inc Class A common stock | | None | | | Sold | 05/11/11 | J | A | |
| 53. EMC Corp Mass common stock | | None | J | T | Buy (add'l) | 09/29/11 | J | | |
| 54. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 55. EOG Resources, Inc common stock | A | Dividend | K | T | Buy | 10/31/11 | J | | |
| 56. Exelis Inc common stock | | None | | | Buy | 10/06/11 | J | | |
| 57. | | | | | Sold | 11/18/11 | J | A | |
| 58. Ford Motor Co common stock | | None | K | T | | | | | |
| 59. Foster Wheeler common stock | | None | J | T | Sold (part) | 01/31/11 | J | A | |
| 60. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 61. Freeport McMoran Copper common stock | A | Dividend | J | T | Sold (part) | 01/06/11 | J | A | |
| 62. Gap Inc common stock | A | Dividend | | | Sold | 05/31/11 | J | A | |
| 63. General Electric Co. common stock | A | Dividend | K | T | | | | | |
| 64. Goldman Sachs Group common stock | B | Dividend | | | Sold | 05/06/11 | J | A | |
| 65. Hartford Financial Servs Group common stock | | None | | | Buy | 03/18/11 | J | | |
| 66. | | | | | Sold | 12/22/11 | J | A | |
| 67. Hewlett Packard Co. common stock | A | Dividend | J | T | | | | | |
| 68. Heinz H J Co common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Hologic Inc common stock | A | Dividend | K | T | Buy | 07/21/11 | K | | |
| 70.   IBM common stock | A | Dividend | K | T | Sold (part) | 05/09/11 | J | A | |
| 71.   Ingersoll-Rand Company common stock | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 72.   Intel Corp | A | Dividend | | | Sold | 04/08/11 | J | A | |
| 73.   Int'l Paper Co common stock | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 74.   ITT Corp common stock | | None | | | Sold | 11/18/11 | J | A | |
| 75.   Jabil Circuit, Inc common stock | A | Dividend | K | T | Buy | 04/18/11 | K | | |
| 76.   Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 77.   JPMorgan Chase & Co common stock | A | Dividend | J | T | | | | | |
| 78.   Kohls Corp common stock | A | Dividend | J | T | Buy | 10/22/11 | J | | |
| 79.   L-3 Communications Hldgs common stock | A | Dividend | J | T | | | | | |
| 80.   Laboratory Corp of America common stock | | None | J | T | | | | | |
| 81.   Liberty Interactive Corp A comon stock | | None | K | T | | | | | |
| 82.   Macy's Inc common stock | A | Dividend | K | T | | | | | |
| 83.   Marvell Tech Group Ltd common stock | | None | | | Sold | 08/22/11 | J | A | |
| 84.   Metlife common stock | | None | J | T | | | | | |
| 85.   Microsoft Corp common stock | A | Dividend | K | T | Buy | 01/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Monsanto Co. common stock | A | Dividend | J | T | | | | | |
| 87. Nestle SA ADR | A | Dividend | J | T | Sold (part) | 09/08/11 | J | A | |
| 88. News Corp Ltd common stock | | None | J | T | | | | | |
| 89. Nintendo Ltd ADR | | None | | | Sold | 08/02/11 | J | A | |
| 90. Noble Corp common stcok | A | Dividend | J | T | | | | | |
| 91. Norfolk Southern common stock | A | Dividend | K | T | | | | | |
| 92. Northrop Grumman Corp common stock | A | Dividend | J | T | Buy | 11/21/11 | J | | |
| 93. Occidental Petroleum Corp common stock | A | Dividend | | | Sold | 09/29/11 | J | A | |
| 94. Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 95. Patterson UTI Energy Inc common stock | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 96. Pfizer Inc common stock | A | Dividend | J | T | | | | | |
| 97. Philip Morris Intl Inc common stock | | None | K | T | | | | | |
| 98. Praxair, Inc common stock | A | Dividend | K | T | | | | | |
| 99. Prudential Financial Inc common stock | A | Dividend | J | T | | | | | |
| 100. Ralcorp Holdings Inc common stock | | None | K | T | | | | | |
| 101. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 102. Reynolds American Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rockwell Collins Inc common stock | A | Dividend | K | T | Buy | 04/21/11 | K | | |
| 104. Sandisk Corp common stock | | None | J | T | Buy | 06/15/11 | J | | |
| 105. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 106. Siemans A G ADR | A | Dividend | K | T | | | | | |
| 107. Sunoco Inc common stock | | None | | | Buy | 07/22/11 | J | | |
| 108. | | | | | Sold | 09/29/11 | J | A | |
| 109. Suntrust Banks Inc common stock | A | Dividend | | | Sold | 09/29/11 | J | A | |
| 110. Symantec Corp common stock | | None | J | T | | | | | |
| 111. Target Corp common stock | A | Dividend | K | T | Buy (add'l) | 01/20/11 | J | | |
| 112. Total SA sponsored ADR | A | Dividend | J | T | | | | | |
| 113. Unilever NV | | None | K | T | Buy (add'l) | 07/07/11 | J | | |
| 114. UnitedHealth Group Inc common stock | | None | K | T | Sold (part) | 07/21/11 | J | A | |
| 115. United States Steel Corp common stock | A | Dividend | | | Sold | 07/07/11 | J | A | |
| 116. Vodafone Group PLC ADR | A | Dividend | J | T | Buy | 12/22/11 | J | | |
| 117. Wellpoint Inc. common stock | | None | J | T | | | | | |
| 118. Wells Fargo & Co common stock | A | Dividend | | | Sold | 05/06/11 | J | A | |
| 119. Willis Group Holdings common stock | | None | | | Sold | 05/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Xilinx Inc common stock | A | Dividend | J | T | Buy | 04/08/11 | J | | |
| 121. Xylem Inc | | None | J | T | Spinoff (from line 74) | 11/01/11 | J | | |
| 122. Schwab Gov't Money Fund | C | Dividend | L | T | | | | | |
| 123. Bedford Co VA muni bond | A | Interest | K | T | | | | | |
| 124. Fairfax Co VA muni bond | A | Interest | K | T | | | | | |
| 125. Hampton VA muni bond | A | Interest | K | T | | | | | |
| 126. Henry Co VA muni bond | A | Interest | | | Redeemed | 11/15/11 | K | A | |
| 127. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 128. Roanoke VA muni bond | A | Interest | K | T | | | | | |
| 129. Rutherford Co TN muni bond | A | Interest | | | Redeemed | 06/01/11 | K | A | |
| 130. Virginia Comwlth Tr muni bond | A | Interest | K | T | | | | | |
| 131. Virginia St Pub Rev muni bond | B | Interest | L | T | | | | | |
| 132. Best Buy Inc. common stock | A | Dividend | | | Sold | 01/14/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 9/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trust

Paragraph 26:  Wachovia Bank is now named Wells Fargo Bank.

Paragraph 27:  TS&W Int'l Equity Portfolio is now named Transamerica TS&W Int'l Equity Portfolio.

Paragraph 38 :  CB Richard Ellis Group, Inc. is now named CBRE Group, Inc.

Paragraph 82:  The correct ownership is in Liberty Interactive Corp A common stock, and not Liberty Media Holdings as indicated in prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544